# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DULCE CESAR,**
        **Plaintiff,**

    v.                                       Case No. 07C128

**DEBORAH ACHIM, et al.,**
        **Defendants.**

## ORDER

On October 22, 2007, plaintiff filed a motion requesting oral argument or, in the alternative, leave to file a sur-reply brief to address issues defendant raised for the first time in the reply brief in support of her motion to dismiss. As I do not believe oral argument is necessary at this time, I will deny plaintiff's request for oral argument. I will, however, grant plaintiff's alternative request for leave to file a sur-reply brief to allow plaintiff the opportunity to address the issues defendant first raised in her reply brief. Plaintiff has 15 days from the date of this order, or until **November 9, 2007**, to file the sur-reply brief.

Therefore,

**IT IS ORDERED** that plaintiff's motion for oral argument is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to file a sur-reply is **GRANTED.**

Dated at Milwaukee, Wisconsin, this 25 day of October, 2007

                                                                  /s_____
                                                                   LYNN ADELMAN
                                                                   District Judge